# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MYRON COFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:11-CV-5001 |
| ) | |
| BRUMBAUGH & QUANDAHL, P.C., LLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER DISMISSING CASE

On August 23, 2011, Plaintiff, MYRON COFFIN, and Defendant, BRUMBAUGH & QUANDAHL, P.C., LLO, through counsel, filed a stipulation (Filing No. 19) that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, this Honorable Court dismisses this case, with prejudice, both parties to bear their own fees and costs.

DATED this 25th day of August, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
CHIEF DISTRICT JUDGE